No. D-2184.   IN RE DISBARMENT OF AULAKH.   I. Singh Aulakh, of Visalia, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2185.   IN RE DISBARMENT OF KOZEL.   Kenneth A. Kozel, of LaSalle, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.